IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NUMBER: 4:09-CR-_/8_-CDL |
| v. | : VIOLATIONS: |
| | : 18 U.S.C. § 4 |
| MICHAEL RAIMER | : 18 U.S.C. § 1001 |
| and | : 18 U.S.C. § 1341 |
| YOLANDA BLACK-BURTON | : |

THE GRAND JURY CHARGES:

## COUNT ONE

## MISPRISON OF A FELONY

## 18 U.S.C. § 4

## INTRODUCTION

At all times relevant to this indictment, the defendant, Yolanda Black-Burton, was a sworn and certified police officer for the City of Columbus, Georgia.

That between on or about November 3, 2008, through the date of this indictment, in the Columbus Division of the Middle District of Georgia,

**YOLANDA BLACK-BURTON,**

defendant herein, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit: mail fraud involving the filing of a false insurance claim by Michael Raimer, did conceal the same by failing to reveal her knowledge of said felony during an interview with agents from the Federal Bureau of Investigation, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States; all in violation of Title 18, United States Code, Section 4.

## COUNT TWO

## FALSE STATEMENTS

## 18 U.S.C. § 1001

That on or about March 30, 2009, in the Columbus Division of the Middle District of Georgia,

## YOLANDA BLACK-BURTON,

defendant herein, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation; that is, Black-Burton stated that an individual named "Donald" took the keys to vehicles belonging to Michael Raimer, and that approximately one week later the vehicles were gone, during an official interview with agents from the Federal Bureau of Investigation; all in violation of Title 18, United States Code, Section 1001.

## COUNT THREE

## MAIL FRAUD

## 18 U.S.C. § 1341

## INTRODUCTION

1. At all times material to this indictment, Progressive Casualty Insurance Company ("Progressive") was engaged in business both within and outside the state of Georgia. While Progressive engages in various types of business, its primary function is to provide automobile insurance for individual car owners.

2. At all times material to this indictment, defendant **MICHAEL RAIMER** maintained Progressive insurance on a 2007 Honda motorcycle through policy number 35415232-0.

## THE SCHEME AND ARTIFICE

From on or about November 1, 2008, until on or about November 12, 2008, defendant **RAIMER** devised a scheme and artifice to defraud Progressive and to obtain money from Progressive by means of material false and fraudulent pretenses and representations that related to an insurance claim submitted to Progressive, which resulted in a check wrongfully being issued to the defendant, as follows:

A. It was part of the scheme and artifice for the defendant to arrange for the 2007 Honda motorcycle to be taken away in such a manner that the taking appeared to be a theft.

B. It was further part of the scheme and artifice that the defendant filed a false police report, alleging that the motorcycle had been stolen.

C. It was further part of the scheme and artifice that the defendant filed a false claim with Progressive, alleging that the motorcycle had been stolen. As a result of this false claim, Progressive paid the defendant or his creditor approximately $9,675.50.

Paragraphs 1,2, and A through C above are incorporated by reference into the count below.

That on or about November 12, 2008, in the Columbus Division of the Middle District of Georgia,

**MICHAEL RAIMER,**

defendant herein, having devised the above-described scheme and artifice to defraud, for the purpose of executing and in order to effect the scheme and artifice to defraud, did knowingly cause to be sent, delivered, and moved by the United States Postal Service a Progressive claim number 085540072; all in violation of Title 18, United States Code, Section 1341.

A TRUE BILL

/S/FOREPERSON OF THE GRAND JURY

MELVIN E. HYDE, JR.
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 17th day of _____, A.D. 2009.

**DEPUTY CLERK**