```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION

                          June 19, 2009

                  NOTICE OF COURTROOM ACTIVITY
```

TO:

- ☒ JUDGE G. MALLON FAIRCLOTH

- ☒ U.S. MARSHAL

- ☒ COURT SECURITY

- ☒ U.S. ATTORNEY (Mel Hyde)

- ☒ DEFENDANT'S ATTORNEY (Shevon Thomas for Defendant Black-Burton; Federal Defender in anticipation of being appointed)

- ☒ PROBATION OFFICE

The following matters will be heard in DISTRICT COURTROOM 2, COLUMBUS, GEORGIA, at 2:30 p.m. on 6/19/09:

<u>4:09cr17/4:09cr18 - Initial Proceedings</u>

                              Gregory J. Leonard, Clerk

                              S/ Terrie L. Smith
                              Deputy Clerk