IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| vs. | * |
| | Case Number: 4:09-CR-18-001 (CDL) |
| MICHAEL RAIMER, | * |
| Defendant | * |

## ORDER APPOINTING COUNSEL

Upon consideration of the above-named defendant's request for appointment of legal counsel, and upon review of the Financial Affidavit submitted, the undersigned has determined that the defendant is financially unable to obtain adequate legal representation, requiring the Court to provide counsel pursuant to the provisions of the Criminal Justice Act of 1964. 18 U.S.C. § 3006A *et seq*.

Accordingly, the **Federal Defenders of the Middle District of Georgia, Inc.** is appointed to represent the legal interests of the defendant for the initial appearance and related proceedings conducted on June 19th, 2009.

SO ORDERED AND DIRECTED, this 19th day of June, 2009.

s/ G. MALLON FAIRCLOTH
UNITED STATES MAGISTRATE JUDGE