**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**
**AT COLUMBUS, GEORGIA**



## MINUTE SHEET
## OF COURT PROCEEDINGS

| | |
|---|---|
| Date: 6/19/09 | Type of Hearing: Initial Proceedings |
| Judge: G. MALLON FAIRCLOTH | Court Reporter/Tape #: FTR Gold |
| Courtroom Deputy: Terrie L. Smith | Interpreter: N/A |

*Case Number: 4:09-CR-18-001 (CDL)*

UNITED STATES OF AMERICA              AUSA: Mel Hyde
    vs.

MICHAEL RAIMER                        Counsel: LaRae Moore, Federal Defender

Agents/Experts in attendance: Wendy Howard, USPO; Eugene Autry USPO

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

### I. INITIAL APPEARANCE/ARRAIGNMENT

*Court Time for MJSTAR:* 10 Minutes

- ☐ Dft attorney not present
- ☒ Dft advised of charges, rights, and maximum possible penalties.
- ☒ Dft waived formal reading of charges; pled NOT GUILTY in writing
- ☐ Dft refused to enter plea; NOT GUILTY plea entered by the Court.
- ☐ **Initial Appearance Only**
- ☐ **Arraignment Only**
- ☒ **Both Initial Appearance and Arraignment**

- ☒ Notice of Estimated Sentencing Guidelines given to counsel or to be e-filed.
- ☒ Notice of court policy re: retained attorneys given to counsel or to be e-filed.
- ☒ Standard Pre-trial Order given to counsel or to be e-filed
- ☐ Other:

### II. BOND/DETENTION

*Court Time for MJSTAR:* 10 Minutes

- ☐ **Government Motion for Detention:**
  - ☐ Granted  ☐ Denied
  - ☐ Order to Follow
- ☒ Bond set at $ 5,000
  - Type: ☐ Own Recognizance
  -       ☐ Unsecured
  -       ☐ Fully Secured
  -       ☒ Secured by 10 %

- ☐ **Conditions of Release:**
  - ☐ Standard Conditions
  - ☐ Bond Supervision
  - ☐ House Arrest
  - ☐ Surrender Passport
  - ☐ No Firearms
  - ☐ Drug Alcohol Testing
  - ☐ Electronic Monitoring
  - ☐ Travel Restricted to:

- ☒ **Detention Hearing:**
  - ☐ Continued to:
    upon motion of ☐ Govt ☐ Deft
  - ☐ Temporary detention Ordered pending hearing
  - ☐ Detention Ordered pending trial

☐ Other:

# MINUTE SHEET OF COURT PROCEEDINGS (Cont'd)

Case Number: 4:09-CR-18-002 (CDL)

### III. RULE 5 (40, 32.1) REMOVAL HEARING

*Court Time for MJSTAR:*

☐ **Initial Appearance hearing held** (see I. above)
☐ Dft WAIVED removal hearing:
    ☐ Identity hearing (see II. above)
    ☐ WAIVER filed

☐ Dft advised of Rule 20 (FRCrP) provisions
☐ Bond/Detention Hearing held
☐ Dft ordered removed to:
☐ Subject to satisfying conditions of release

Identity: ☐ Established  ☐ NOT established

**Preliminary Hearing:**
    ☐ Requested in this district
        ☐ Held in this district (see below)
    ☐ Requested in charging district
    ☐ Hearing NOT required

☐ Other:

### IV. PRELIMINARY EXAMINATION

*Court Time for MJSTAR:*

☐ Hearing set for:

☐ **Hearing WAIVED** by dft - Waiver filed
☐ Other:

☐ **Hearing held:** June 19, 2009
☐ Probable cause found
☐ Probable cause NOT found

### V. PLEA

*Court Time for MJSTAR:*

☐ Entered at time of Initial Appearance on
☐ GUILTY Plea Entered by dft: Right to trial and right to 30 days to prepare for trial WAIVED in writing
    ☐ Plea accepted by Court

    ☐ Dft to furnish background info to USPO
    ☐ Dft to pay MAF of $
    ☐ Plea NOT accepted by Court

☐ NOT GUILTY plea entered by dft in writing
    ☐ Jury trial demanded
    ☐ Jury trial WAIVED
    ☐ Right to 30 days to prepare for trial
        ☐ WAIVED  ☐ Demanded

☐ Plea of NOT GUILTY changed to guilty on:

☐ Other: