IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| UNITED STATES OF AMERICA | : CRIMINAL NUMBER: 4:09-CR-18 (CDL) |
|---|---|
| v. | : |
| MICHAEL RAIMER | : |

### PLEA

I, MICHAEL RAIMER, having been read the charges against me, and having been advised of my Constitutional rights, hereby plead not guilty.

This 19th day of June, 2009.

_____
*Not Guilty*
MICHAEL RAIMER
DEFENDANT

_____
ATTORNEY FOR DEFENDANT

_____
MELVIN E. HYDE, JR.
ASSISTANT U.S. ATTORNEY