AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

0920-0618-21965
FID # 1716211

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MICHAEL RAIMER | ) | Case No. 4:09-CR-18-001 (CDL) |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MICHAEL RAIMER,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Mail Fraud

Date: June 17, 2009

s/ Amy N. Stapleton, Deputy Clerk
*Issuing officer's signature*

Amy N. Stapleton, Deputy Clerk
*Printed name and title*

City and state: Macon, Georgia

### Return

This warrant was received on *(date)* 06.17.09, and the person was arrested on *(date)* 06.19.09
at *(city and state)* Columbus, GA.

Date: 06.24.09

reported in as directed
by Columbus FBI
*Arresting officer's signature*

*Printed name and title*