AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:09-cr-00018-CDL-GMF-1 |
| MICHAEL RAIMER | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Defendant Michael Raimer

Date: 07/01/2009

*Attorney's signature*

S. SCOT SIKES, Georgia Bar No. 645799
*Printed name and bar number*

1320 Wynnton Rd., Suite A
Columbus, GA 31906

*Address*

scot@scotsikes.com
*E-mail address*

(706) 494-6900
*Telephone number*

(706) 494-6901
*FAX number*