Filed at 10:20 A M
DATE 10/6/09
Pamela G Sweeder
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| UNITED STATES OF AMERICA | : CRIMINAL NUMBER: |
| | : VIOLATIONS: 18 U.S.C. § 4 |
| v. | :                18 U.S.C. § 1001 |
| | :                18 U.S.C. § 1341 |
| MICHAEL RAIMER | : |
| | : |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

18 U.S.C. § 4

Misprision of a Felony

That on or about November 3, 2008, in the Columbus Division of the Middle District of Georgia,

**MICHAEL RAIMER,**

defendant herein, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit: mail fraud involving the filing of a false insurance claim by Michael Raimer, did conceal the same by failing to reveal his knowledge of said felony, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States; all in violation of Title 18, United States Code, Section 4.

G. F. PETERMAN, III

ACTING UNITED STATES ATTORNEY

Presented by:

/s/ M E Hyde
_____
Melvin E. Hyde, Jr.
Assistant United States Attorney