Filed at 10:29 AM
DATE 10/6/09
Pamela J. Sweeder
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NUMBER: 4:09-CR-18(CDL) |
| v. | : |
| MICHAEL RAIMER | : |

## WAIVER OF GRAND JURY INDICTMENT

I, MICHAEL RAIMER, have been advised of my right to have my case presented to the Grand Jury for their consideration. I hereby knowingly and voluntarily waive this right and agree to proceed by Information.

This 6th day of October, 2009.

_Michael Raimer_
MICHAEL RAIMER
DEFENDANT

_J. Scot Sikes_
SCOT SIKES
ATTORNEY FOR DEFENDANT