

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA

## MINUTE SHEET re: CHANGE OF PLEA HEARING (UNCONTESTED)

Date: 10/06/2009　　　　　　　　　　　Court Time for MJSTAR/JS10:　35 minutes

Judge: CLAY D. LAND　　　　　　　　　Court Reporter: Betsy Peterson

Courtroom Deputy: Pamela G. Sweeden　　Interpreter: N/A

Case Number: 4:09-CR-18-001 (CDL)

UNITED STATES OF AMERICA　　　　　AUSA: Mel Hyde

V.

Michael Raimer　　　　　　　　　　　Counsel: Scot Sikes

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

- Participants identified /Defendant sworn
- Defendant oriented to time and place and found capable of entering an informed plea.
- AUSA Mel Hyde read Count One of the Information.
- AUSA Mel Hyde explained the elements of the offenses, as well as the range of possible penalties.
- The Court reviewed waiver of rights with Defendant.
- Defendant acknowledged understanding and acceptance of the Plea Agreement.
- Defendant pled GUILTY to Count One of the Information.
- AUSA Mel Hyde read the stipulation of facts contained in the Plea Agreement and Defendant acknowledged the truthfulness of the same.
- The Court finds Defendant fully competent and capable of entering an informed plea. The plea of guilty is therefore accepted and the Defendant is adjudged guilty.
- The signed *Waiver of Indictment, Change of Plea, and the signed Plea Agreement were filed with the clerk.*
- The defendant shall remain under the same conditions of bond pending sentencing.