IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO: 4:09-CR- 18 (CDL) |
| | : | |
| MICHAEL RAIMER | : | |
| _____ | : | |

## NOTICE OF DNA TESTING

Under 18 U.S.C. § 3600, any defendant who is serving a federal sentence can make a motion to the court to have DNA testing done on any biological evidence in his case. In order to make such a motion, the defendant must state under penalty of perjury that he is not guilty, and then request that DNA testing be done on any biological evidence.

Biological evidence is blood, hair, semen, saliva, skin tissue or other identified biological material.

If, after conviction, you request such a test, you must state, under penalty of perjury, that you are actually innocent. If DNA testing is done on your motion and the result shows that you are in fact guilty, then the government could petition to the court to have you held in contempt of court and ordered to pay the cost of the test or have your good time taken away by the prison system, or prosecuted for false assertions. If convicted of false assertions, the sentence is not less than three years imprisonment which must follow the sentence that you are presently serving.

If you believe that there is biological evidence in your case which could be subject to DNA testing, you should discuss this with your attorney and determine whether or not you wish to request such testing prior to trial.

This 27TH day of November, 2009.

                                                G. F. PETERMAN, III
                                                ACTING UNITED STATES ATTORNEY

                                                **s/ Melvin E. Hyde, Jr.**
                                                MELVIN E. HYDE, JR.
                                                Georgia Bar No. 381425
                                                Assistant U.S. Attorney
                                                United States Attorney's Office
                                                Middle District of Georgia
                                                P.O. Box 2568
                                                Columbus, Georgia 31902
                                                (706) 649-7700

CERTIFICATE OF SERVICE

I, Melvin E. Hyde, Jr., Assistant United States Attorney, do hereby certify that I have this 27TH day of December, 2009, served the within and foregoing DNA NOTICE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:   Scot Sikes, Esquire.

MAXWELL WOOD
UNITED STATES ATTORNEY

**s/ Melvin E. Hyde, Jr.**
MELVIN E. HYDE, JR.
Georgia Bar No. 381425
Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
P.O. Box 2568
Columbus, Georgia 31902
(706) 649-7700