# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF GEORGIA
### PROBATION OFFICE

**ROBERT R. LONG**
SUPERVISING PROBATION OFFICER

U. S. POST OFFICE AND COURTHOUSE, RM 304
120 12TH STREET
COLUMBUS, GEORGIA 31901-2423

March 9, 2010

**REPLY TO:**

POST OFFICE BOX 990
COLUMBUS, GEORGIA 31902-0990

PHONE (706) 649-7818
FAX (706) 649-7825

Stephen Scot Sikes
Attorney at Law
1320 Wynnton Road, Suite B
Columbus, GA 31906

RE: **Michael Raimer**
Docket No. 4:09-CR-18-001

Dear Mr. Sikes:

Sentencing in the case of the above-named defendant has been rescheduled for April 15, 2010, at 9:30 AM before The Honorable Clay D. Land in Columbus, Georgia. Mr. Raimer should be prepared to pay the mandatory assessment, which is required by law, at the time of sentencing. Please contact me if you have a conflict with this date/time.

Respectfully,

Wendy S. Howard/gfg
U.S. Probation Officer

WSH/gfg

cc: Melvin E. Hyde, Jr., Assistant U.S. Attorney
Cathy Barnes, U.S. Attorney's Office
U. S. Marshal's Service
U. S. Clerk of Court