# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION
## AT COLUMBUS, GEORGIA



## MINUTE SHEET OF SENTENCE HEARING (UNCONTESTED)

| | |
|---|---|
| Date: 4/15/2010 | *Court Time for MJSTAR:* 20 minutes |
| Judge: CLAY D. LAND | Court Reporter: Betsy Peterson |
| Courtroom Deputy: Elizabeth S. Long | Interpreter: N/A |

### Case Number: 4:09-CR-18-001 (CDL)

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | | AUSA: | MELVIN E. HYDE, JR. |
| vs. | | | |
| MICHAEL RAIMER | | Counsel: | S. SCOT SIKES |

**DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.**

**OFFENSE LEVEL**: 2      **CATEGORY:** I      **RANGE:** 0 - 6 **MONTHS**

**SENTENCE OF PROBATION:** 3 **YEARS**

### SPECIAL CONDITIONS OF PROBATION

Dft shall be allowed to possess **firearms** or other dangerous weapons during active military duty ONLY. Possession of firearms, or other dangerous weapons, is otherwise prohibited.

Dft to cooperate in the collection of **DNA** as directed by the USPO.

The required drug testing condition is suspended. The Court has determined there is a low risk of future substance abuse.

Dft shall make **restitution** joint and severally with co-defendant, Yolanda Black-Burton, in the amount of $ 9,703.50 to Progressive Insurance. Monthly payments shall be made in the amount of $ 323.45 for a period of 30 months.

A **mandatory assessment fee** of $ 100.00 is to be paid immediately

**Fine is waived**. It is the Court's judgment that the dft is unable and not likely to become able to pay all or part of a fine even with the use of a reasonable installment schedule. Therefore, the Court waives fine as well any alternative sanctions in this case.

Dft shall provide the USPO/BOP with access to any requested financial information.

Dft is prohibited from incurring new credit charges or opening additional lines of credit without approval of the USPO.

VOLUNTARY SURRENDER: N/A           APPEAL INFORMATION GIVEN TO:  ☒ Atty    ☒ Dft